INDIANAPOLIS, DECATUR & SPRINGFIELD RAILROAD COMPANY

v.

DAVIS & FINNEY.

*Railroads— Pleading — Demurrer— Rebate —Agreement by Freight Agent—Discrimination.*

In an action on a promise by the general freight agent of a railroad company to give a rebate on certain freight charges, it is held that the plea of said company, alleging that the promise was without authority and void under the statute against discrimination, should have been held good on demurrer.

[Opinion filed November 23, 1889.]

IN ERROR to the Circuit Court of Douglas County; the Hon. C. B. SMITH, Judge, presiding.

Mr. JAMES A. EADS, for plaintiff in error.

No brief was filed for defendants in error.

*Per Curiam.* This action was brought against the railroad company, on a promise by its general freight agent to pay back to plaintiffs, by way of rebate, a certain portion of the regular freight charges on shipments to be made by them. The company attempted to defend, under pleas of the general issue, statute of limitations and a special plea setting out facts showing that the promise relied on, which it averred was made without authority from the defendant—was an undertaking to discriminate in favor of the plaintiffs, in violation of the statute, and therefore void. The court, having sustained a demurrer to this plea and excluded evidence offered to prove it, under the general issue, rendered judgment on its finding for plaintiffs for $1,540.49, to all of which exception was duly taken and preserved.

It will thus be seen that it was a companion case to that of Ervin against the same company, reported in 118 Ill. 250, and for the reasons therein given this judgment also must be reversed and the cause remanded.

*Reversed and remanded.*